# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# KENTUCKY FRANKFORT DIVISION

| | |
|---|---|
| **KENTUCKY ENERGY AND ENVIRONMENT CABINET,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) CIVIL ACTION NO. 3:18-cv-00020-GFVT ) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR et al.** | ) ) ) ) |
| **Defendants.** | ) |

## JOINT STATUS REPORT OF THE PARTIES

Plaintiff, the Kentucky Energy and Environment Cabinet ("Cabinet"), and Defendants, the Department of the Interior, the Office of Surface Mining Reclamation and Enforcement ("OSMRE"), and the individually named officials, file this joint status report in compliance with the Court's December 2, 2020 order. ECF No. 41.

The Cabinet challenges a portion of a Final Rule promulgated by OSMRE which disapproved certain amendments to the state regulatory program whereby the Commonwealth of Kentucky implements the Surface Mining Control and Reclamation Act, 30 U.S.C. § 1201-1328 ("SMCRA"). The action challenged herein was part of a Final Rule published in the Federal Register on January 29, 2018 at 83 Fed. Reg. 3,948.

Defendants have been served with a copy of the Complaint, but their obligation to respond to it, along with all other proceedings, has been stayed by prior orders of this Court, granted at the joint request of the parties (ECF Nos. 10, 12, 14, 16, 21, 24, 32 35, 38, 41, and 44). Although the current stay is about to expire, the parties remain committed to pursuing settlement discussions

1

without concurrently litigating the case. They have continued to make progress toward a negotiated resolution, through rulemaking, and the continuing timeframe is largely a result of requirements of rulemaking processes at the federal level.

As previously reported, the Cabinet had enacted two amendments to state regulations and submitted them to OSMRE in November 2019 for review and approval. On February 25, 2020, OSMRE published in the Federal Register two proposed rules (KY-261 and KY-262), which included the Cabinet's amendments and instructions on public comment, among other things. *See* 85 Fed. Reg. 10,633; 85 Fed. Reg. 10,634. In March 2020, the Kentucky Coal Association submitted comments on each proposed rule and the EPA commented on KY-262. No other comments were received. In April, the parties conferred on the proposed rule. Based on those discussions, OSMRE requested additional detail from the Cabinet on computation of bond amounts under KY-261 in connection with long-term water treatment. This additional detail was received by OSMRE personnel in the Lexington field office on August 28, 2020. On September 18, 2020, following a period of review by OSMRE personnel in the Lexington field office, the additional detail was forwarded to undersigned counsel for defendants and to OSMRE's regional office in Pittsburgh. Since the parties' last motion seeking extension of the stay, OSMRE's regional office in Pittsburgh, PA, has completed an internal draft of a Final Rule Notice ("Notice") for proposed rule KY-261 and sent the draft to OSMRE's Lexington Field Office for review. The Field Office conducted its review and returned an edited version of the Notice to the Regional Office, which was received on April 13, 2021. The Regional Office is presently reviewing those comments. Once the two offices have reached consensus on the language of Notice, undersigned counsel for defendants expects it will be forwarded to the Office of the Director of OSMRE in Washington, with a recommendation that it be approved.

The regional office also continues to consider proposed rule KY-262, although the proposed rule presents some concerns which the parties in this action and in civil action 18-cv-20 have discussed.

It is anticipated that the remaining components of the administrative process, including OSMRE's decision on the proposed amendments, could take up to (and potentially in excess of) an additional ninety (90) days to complete.

Respectfully submitted this 11th day of June, 2021.

> CARLTON S. SHIER, IV
> Acting United States Attorney
> Eastern District of Kentucky
>
> /s/ John S. Most
> JOHN S. MOST
> Special Assistant U.S. Attorney
> U.S. Department of the Interior
> Office of the Solicitor
> Three Parkway Center, Suite 385
> Pittsburgh, PA  15220
> 412-937-4009 || 412-937-4003 (fax)
> john.most@sol.doi.gov
>
> /s/ T. Lee Gentry
> T. LEE GENTRY
> Assistant U.S. Attorney
> E.D. Kentucky
> 260 W. Vine St. Suite 300
> Lexington, KY  40507-1612
> 859-685-4830
> Lee.Gentry@usdoj.gov
>
> *Counsel for Defendants*
>
>
> /s/ Lance C. Huffman (with permission)
> LANCE C. HUFFMAN
> Kentucky Department of Energy and
> Environment, Office of Legal Counsel
> 300 Sower Boulevard, 3rd Floor
> Frankfort, KY  40601

(502) 782-6966 || (502) 564-7484 (fax)  
Email: lance.huffman@ky.gov

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record on June 11, 2021.

        /s/ John S. Most  
        JOHN S. MOST